# BERKE-WEISS & PECHMAN LLP
## ATTORNEYS AT LAW

488 MADISON AVENUE, NEW YORK, NEW YORK 10022
212-583-9500 • FAX 212-308-8582
www.bwp-law.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 24 2011

June 23, 2011

**SO ORDERED**
The conference is adjourned until September 8, 2011 at 9:30 a.m.

JUN 24 2011  *George B. Daniels*

**VIA FAX (212-805-6737)**

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *William Kleckner v. Tintol LLC d/b/a ClubHouse Café, et ano*,
    10 Civ. 8995 (GBD) (KNF)

Dear Judge Daniels:

We are the attorneys for the plaintiff in the above-referenced matter. We are writing to request a 60-day extension of the discovery deadline in this case from July 1, 2011 until September 1, 2011, to allow the parties time to complete discovery now that the period for opting in to the collective action has closed. Defendants have consented to this request. This is the parties' first such request for an adjournment in this action.

We thank the Court for its attention to this matter.

Respectfully submitted,

Jessica Tischler

JT/ra

cc: Eli Z. Freedberg (via email)