Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

William Kleckner, on behalf of himself and all others similarly situated,

           Plaintiffs,

  -against-

Tintol, LLC d/b/a Clubhouse Cafe and Jose Meirelles,

           Defendants.

---

ECF Case

No. 10 Civ. 8995(GBD)

It is hereby stipulated and agreed, by and between the undersigned parties that the claims of Plaintiff, WILLIAM KLECKNER against Defendants, TINTOL, LLC D/B/A CLUBHOUSE CAFÉ AND JOSE MEIRELLES, ("Defendants"), shall be dismissed with prejudice.

Dated: New York, New York
       November 3, 2011

BERKE-WEISS & PECHMAN, LLP
*Attorneys for Plaintiff*

By: _____

Louis Pechman
488 Madison Avenue,
New York, NY 10022

SO ORDERED:

_____
Hon. George B. Daniels

FOX ROTHSCHILD LLP
*Attorneys for Defendants*

By: _____

Eli Z. Freedberg
100 Park Avenue, 15th Floor
New York, NY 10017

NOV 25 2011

131}